JMM | Jeffer Mangels & Mitchell LLP

JS-6
Admin Close

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

KENDALL MCKENZIE and YI-CHIEH CHENG,

Plaintiffs,

vs.

THE ARENA GROUP HOLDINGS INC.,

Defendant.

Case No. 5:26-cv-00017 JGB (SPx)

**ORDER GRANTING STAY OF THE PROCEEDINGS**

After considering Plaintiffs Kendall McKenzie and Yi-Chieh Cheng and Defendant The Arena Group Holdings, Inc.'s (the "Parties") joint Stipulation to Stay Proceedings, and for good cause shown, the Court **GRANTS** the Parties requests as follows:

1. All proceedings in this action are stayed effective immediately.

2. All deadlines, including discovery obligations, motion practice, and other case management deadlines, are stayed.

3. Within fourteen (14) days after the earlier of (a) the enactment or final disposition of California Senate Bill 690, or (b) the issuance of a final appellate decision in the Appeal in *Variety Media, LLC v. Superior Court of Los Angeles County*, Case No. B350578, the parties shall meet

and confer regarding whether the stay should be lifted or whether any other action is appropriate.

4. Within twenty-one (21) days after the earlier of the events described in Paragraph 3, the parties shall file either:

a. a joint status report proposing the next steps in the litigation; or

b. a joint stipulation requesting such further relief as the parties believe is appropriate.

**IT IS SO ORDERED.**

Dated: July 27, 2026

Hon. Jesus G. Bernal
United States District Judge

JMM | Jeffer Mangels & Mitchell LLP